AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
Israel Omar Vargas
aka Caballero

*Defendant*

Case No. 20-9370 MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about an unknown date through on or about October 1, 2020, in the District of Arizona and elsewhere, Israel Omar VARGAS aka "Caballero" did knowingly and intentionally combine, conspire, confederate and agree with other persons, known and unknown, to transport certain illegal aliens, including: A.M.M., A.L.P., E.C.Q., and S.N.F.; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(I) (Conspiracy to Transport Illegal Aliens).

This criminal complaint is based on these facts:

See Attached Statement of Probable Cause, Incorporated by Reference Herein

☒ Continued on the attached sheet.

Reviewed by AUSAs Marcus Shand and Lisa E. Jennis

PATRICK J NEWTON
Digitally signed by PATRICK J NEWTON
Date: 2020.12.09 11:24:54 -07'00'

*Complainant's signature*

Patrick Newton, Special Agent
*Printed name and title*

Sworn telephonically before me.

Date: 12/9/20 20 12:28 pm

*Judge's signature*

City and state: Phoenix, Arizona

Honorable Eileen S. Willett, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Patrick Newton, Special Agent of Homeland Security Investigations (HSI), being duly sworn, declare and state as follows:

### INTRODUCTION AND BACKGROUND OF AFFIANT

1. Your Affiant is currently a Special Agent with DHS/ICE/HSI and has been since December 2016. As a Special Agent, I am responsible for investigating laws enumerated in Title 8, Title 18, and Title 21 of the United States Code. Included in my responsibilities as an HSI Special Agent is the investigation of alien smuggling. During my employment with HSI, I have participated in multiple alien smuggling investigations and am familiar with the methods, tactics and behavior of alien smuggling operations and organizations.

2. In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

### PROBABLE CAUSE

3. On October 1, 2020, at approximately 3:40 p.m., Gila River Police Department (GRPD) received a 911 call from a concerned citizen who observed multiple individuals, believed to be Undocumented Aliens (UDAs), being forced into the back of a U-Haul box truck in Sacaton, Arizona. GRPD responded to the area and located a U-Haul traveling northbound on Casa Blanca Road from Sacaton, approaching Interstate 10. GRPD Officers conducted an investigative traffic stop and identified the driver of the U-Haul as Jera Simone Richard and the passenger as Tristen James Allen Mott. While questioning Richard and Mott, GRPD Officers heard people moving around in the back of the U-Haul truck. GRPD Officers opened the back of the truck and found numerous UDAs in the rear

box of the U-Haul in varied states of physical distress caused by heat exhaustion and dehydration. One UDA was declared deceased by responding EMTs. Upon further evaluation of the UDAs, a second individual was deemed in critical condition with an internal temperature of 108 degrees Fahrenheit and was transported to the hospital. Three other UDAs were also taken to the hospital for heat-related illnesses. It was determined that at least fifteen UDAs were transported in the rear box of the U-Haul truck, with no means of escape. During a search of the U-Haul, an FN 509 9mm handgun was found in the cab of the U-Haul truck.

4. Investigators interviewed each UDA, with the exception of a juvenile, and were able to determine that none of the smuggled UDAs were citizens of the United States nor did they have permission to enter the United States. The UDAs stated that they had crossed the U.S.-Mexico border at various times and locations near Douglas, Arizona. The UDAs were picked up in the desert by drivers and kept in stash houses for varying periods of time. On October 1, 2020, Mott and Richard drove the U-Haul to several addresses in Douglas, Arizona to pick up the UDAs and then transport them to Phoenix. Mott instructed the UDAs to turn off their cellular telephones.

5. Three of the UDAs were subsequently deposed under oath. In summary, each UDA testified that they were in the rear box of the U-Haul truck for approximately seven to eight hours beginning at approximately 9am on October 1, 2020. The UDAs estimated they were given a total of three gallons of water and two bags of ice to share during this time period. All three UDAs identified Mott as the driver of the U-Haul truck.

6. HSI agents conducted a post-Miranda interview of Mott. He stated that he was contacted by a friend of a friend known to him as "TB" and offered "good money" to pick up something three hours away. Mott agreed, and on September 30, 2020, a U-Haul was delivered to his residence with an active Samsung cell phone (hereinafter "Smuggling Phone") in the center console. Mott stated he used the Smuggling Phone to communicate and share his location with "TB" as well as other unnamed persons during this smuggling

event. By sharing his location, Mott permitted the coordinators to track his location in real-time on October 1, 2020.

7. On October 5, 2020, investigators used the above information to obtain a Search Warrant to analyze the contents of the Smuggling Phone used by Mott. United States Magistrate Judge Michelle H. Burns signed Search Warrant and Order 20-266MB, authorizing a search of the contents of the Smuggling Phone. A subsequent search revealed communications between "JB" (later identified as Israel Omar VARGAS aka "Caballero") and Mott. Contact information in the Smuggling Phone lists a telephone number of (702) 969-1611 (herein after "VARGAS Telephone") for "JB." A search of the WhatsApp call log revealed the following contact history between the VARGAS Telephone and the Smuggling Phone:

- September 24, 2020: Six calls.
- September 26, 2020: One call.
- September 27, 2020: Twelve calls and four conference calls with Mexico phone number named "Mover."
- September 27, 2020: Text message stating, "They bouta call u."

Further analysis of the data contained in the Smuggling Phone revealed that communications on September 30, 2020 and October 1, 2020, between the VARGAS Telephone and the Smuggling Phone had been erased from the phone. An inspection of photographs stored on the Smuggling Phone revealed that on October 1, 2020 at 8:57 a.m., a screenshot was taken of the Smuggling Phone's location at the McDonald's parking lot on 5th Street in Douglas, Arizona, with a route of travel northbound on Pan American Avenue. The screenshot captures a pop-up notification of a text message from the VARGAS Telephone providing the Smuggling Phone with a pick-up location near Coronado Courts Apartments in Douglas, Arizona.

8. The Smuggling Phone also contained numerous communications with a contact named "Jb" on September 30, 2020 and October 1, 2020. The "Jb" contact was

associated with a different phone number than the VARGAS Telephone. HSI Agents subsequently learned the phone number linked to the "Jb" contact was deactivated soon after the arrest of Mott and Richard on October 1, 2020.

9. Through the VARGAS Telephone, VARGAS has been linked to at least a dozen alien smuggling events in Arizona between August 2020 and November 2020. During investigations into these events, several United States Citizens caught transporting undocumented aliens, reported to law enforcement that they communicated with the VARGAS Telephone and/or "Caballero" or "Llero" to make arrangements to pick up illegal aliens and transport them to the Phoenix Metropolitan area.

10. On November 10, 2020, the Honorable Eileen S. Willett, United States Magistrate Judge signed GPS Tracking Warrant 20-9323MB authorizing the disclosure of subscriber information and GPS tracking of the VARGAS Telephone. Following service of the Court Tracking Order, T-Mobile provided subscriber and customer information which lists Israel VARGAS as the customer assigned to the VARGAS Telephone number. T-Mobile also provided the following device information for VARGAS Telephone: Phone Number: (702) 969-1611, SIM: 8901260193749446778, IMSI: 310260194944677, and Begin Service Date: 5/19/2020.

11. GPS tracking for the VARGAS Telephone indicates the device is frequently in the area of South Avondale Boulevard and West Buckeye Road in Avondale, Arizona.

12. HSI agents conducted investigative research using open source databases in order to locate Israel VARGAS' residence. Through investigative research, in conjunction with the tracking of the VARGAS Telephone, investigators were able to identify 11359 W. Cocopah Road, Avondale, AZ 85323 as a possible residence for VARGAS.

13. On December 7, 2020, at approximately 8:30 a.m., HSI agents established surveillance at 11359 W. Cocopah Street. During and prior to surveillance, GPS data for the VARGAS Telephone indicated the device was near Cocopah Street and Pima Street, an intersection close to 11359 West Cocopah Street. A review of tracking information suggested this was a common tracking trend when VARGAS Telephone was believed to

be at 11359 W. Cocopah Street. At approximately 9:37 a.m., HSI Agents observed VARGAS exit 11359 W. Cocopah Street and walk eastbound on the sidewalk. Investigators identified VARGAS via his Arizona Driver's License photograph and booking photograph that was taken by the Pinal County Sherriff's Office during VARGAS' arrest in May 2020, both of which identify him as Israel Omar Vargas. After exiting his residence, VARGAS met an unidentified female who had parked her pick-up truck outside the Cocopah residence. VARGAS and the female entered a BMW 328 parked in front of the aforementioned residence.

14.  At approximately 9:42 a.m., VARGAS and the female departed in the BMW driven by VARGAS. Constant surveillance was conducted on the BMW, which exited the neighborhood and drove northbound on Avondale Boulevard, towards Buckeye Road, where the BMW stopped at a red light. VARGAS then drove the BMW to Avondale Boulevard and proceeded eastbound on McDowell Road. Agents continued to follow the BMW and its movement was consistent with the tracking of the VARGAS Telephone indicating that the VARGAS Telephone was inside the vehicle.

15.  Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant, Israel Omar VARGAS, did knowingly and intentionally combine, conspire, confederate and agree with other persons, known and unknown, to transport certain illegal aliens, including: A.M.M., A.L.P., E.C.Q., and S.N.F.; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(I) (Conspiracy to Transport Illegal Aliens).

PATRICK J NEWTON
Digitally signed by PATRICK J NEWTON
Date: 2020.12.09 11:25:26 -07'00'

Patrick Newton
Special Agent
Homeland Security Investigations

This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the

affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant committed the offense of Conspiracy to Commit Transportation of Illegal Aliens by violating Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(I).

Sworn telephonically before me this 9 day of Dec., 2020.

_____
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge