# UNITED STATES DISTRICT COURT
for the

_____ District of ____Arizona____

| | |
|---|---|
| United States of America<br>v.<br><br>Israel Omar Vargas<br>*Defendant* | )<br>)  Case No.   20-9370 MJ<br>)<br>)<br>)<br>)<br>) |

FILED ✓  LODGED ___
RECEIVED ___ COPY ___
DEC 1 4 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Israel Omar Vargas ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
8 U.S.C. 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I)

Date: 12/9/2020 12:28 pm

*Issuing officer's signature*

City and state: Phoenix, Arizona

United States Magistrate Judge Eileen S. Willett
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/9/2020, and the person was arrested on *(date)* 12/10/2020
at *(city and state)* Phoenix, AZ.

Date: 12/11/2020

by: _____
*Arresting officer's signature*

arrested by HSI
*Printed name and title*