PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
LISA E. JENNIS
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
E-mail: Lisa.Jennis@usdoj.gov
Attorneys for Plaintiff
FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 25 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> v. <br> 1. Israel Omar Vargas, <br> 2. Worine Terrel Sams Jr., and <br> 3. Trajahn Alexander Johnson, <br> Defendants. | Case No. **CR-21-0210-PHX-DLR (MTM)** <br><br> **INDICTMENT** <br><br> VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I) & (a)(1)(B)(i) <br> (Conspiracy to Transport Illegal Aliens) <br> Count 1 <br><br> 8 U.S.C. §§ 1324(a)(1)(A)(ii) & (a)(1)(B)(iii) <br> (Transportation of Illegal Aliens Causing Serious Bodily Injury and Placing in Jeopardy the Life of Any Person) <br> Count 2 <br><br> 8 U.S.C. §§ 1324(a)(1)(A)(ii) & (a)(1)(B)(iv) <br> (Transportation of Illegal Aliens Resulting in Death) <br> Count 3 |

THE GRAND JURY CHARGES:

# COUNT 1

## Conspiracy to Transport Illegal Aliens

On or about September 24, 2020, through on or about October 1, 2020, in the District of Arizona and elsewhere, ISRAEL OMAR VARGAS, WORINE TERREL SAMS JR., and TRAJAHN ALEXANDER JOHNSON, and others known and unknown to the Grand Jury, unlawfully, willfully and knowingly agreed, combined, and conspired with each other, and others, to transport, and move said illegal aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law. It was the object of the conspiracy that the conspirators, knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, would transport, and move said illegal aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law.

## OVERT ACT

In furtherance of the aforesaid conspiracy, and to effect the objects of the conspiracy, ISRAEL OMAR VARGAS, WORINE TERREL SAMS JR., and TRAJAHN ALEXANDER JOHNSON and others performed and caused to be performed, among others, the following overt act:

a. On or about September 30, 2020 through on or about October 1, 2020, ISRAEL OMAR VARGAS, WORINE TERREL SAMS JR., and TRAJAHN ALEXANDER JOHNSON, agreed to aid and abet the receipt, transportation and movement of an unspecified number undocumented aliens from Cochise County to at or

near Phoenix, Arizona in a rented U-Haul box truck driven by co-conspirators Tristan James Allen Mott and Jera Simone Richard.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (a)(1)(A)(v)(I) and (a)(1)(B)(i).

## COUNT 2

**Transportation of Illegal Aliens Causing Serious Bodily Injury and Placing in Jeopardy the Life of Any Person**

On or about October 1, 2020, in the District of Arizona and elsewhere, ISRAEL OMAR VARGAS, WORINE TERREL SAMS JR., and TRAJAHN ALEXANDER JOHNSON knowing and in reckless disregard of the fact that certain aliens: A.M.M., A.L.P., E.C.Q., had come to, entered, and remained in the United States in violation of law, did transport, and move said illegal aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, during and in relation to caused serious bodily injury and placed in jeopardy the life of any person.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(iii).

## COUNT 3

**Transportation of Illegal Alien Resulting in Death**

On or about October 1, 2020, in the District of Arizona and elsewhere, ISRAEL OMAR VARGAS, WORINE TERREL SAMS JR., and TRAJAHN ALEXANDER JOHNSON, knowing and in reckless disregard of the fact that victim S.N.F., an alien had come to, entered, and remained in the United States in violation of law, did transport, and

- 3 -

move said illegal alien within the United States by means of transportation and otherwise, in furtherance of such violation of law, resulting in the death of victim S.N.F.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(iv).

A TRUE BILL

/s/

_____
FOREPERSON OF THE GRAND JURY
Date: March 25, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

/s/
_____
LISA E. JENNIS
Assistant U.S. Attorney